UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBER S. THOMPKINS-EL AND
LAWRENCE THOMPKINS EL-BEY,

        Plaintiffs,        Case No.  05-74715

v.        District Judge Marianne O. Battani
        Magistrate Judge R. Steven Whalen

WELLS FARGO BANK MINNESOTA,
et al.,

        Defendants.
_____/

**ORDER DISMISSING MOTIONS FOR MORE DEFINITE STATEMENT**
**[Docket Nos. 4 & 6] AS MOOT**

      Plaintiff filed her Complaint in this Court on December 12, 2005.  On January 9, 2006, Defendant Creative Land Design, Inc. filed a Motion for More Definite Statement [Docket #2], requesting an order "requiring Plaintiff to file an amended Complaint that conforms with the Federal Rules of Civil Procedure."  On the same date, Defendants Fabrizio & Brook, P.C., Jonathan L. Engman, Joseph J. Fabrizio, Rose Marie Brook, Marc P. Jerabek, Mary P. Sclawy and William H. Crabtree similarly filed a Motion for More Definite Statement [Docket #4].  On January 20, 2006, Plaintiff in fact filed an Amended Complaint [Docket #45].[1]

---

[1] On January 26, 2006, Defendant Wells Fargo filed an answer [Docket #48].

-1-

Accordingly, Defendants' Motions for More Definite Statement [Docket #2 and #4] are DISMISSED AS MOOT, and the Notice of Hearing setting this Motion for argument on February 7, 2006 is WITHDRAWN.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  February 2, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 2, 2006.

S/G. Wilson
Judicial Assistant